# Exhibit 3

Charted claim:
Method claim:21

| US8925010B2 | JVC 70" 4K UHD HDR Roku Smart LED TV Select Series ("The accused product") |
|---|---|
| 21. A method of displaying video from a plurality of video streams on a television display, the method comprising:<br><br>**_Column 5: lines 9 -15, 18-20:_**<br><br>**_Television set 100 is an electronic device that receives and displays images and sounds_**. _In one embodiment,_ **_television set 100 receives images and sounds as video data or a video stream from a television channel_**... _Alternatively,_ **_the video data may originate from_** _a VCR, a DVD player, a digital video_ | The accused product discloses a method (e.g., Multiview) of displaying video (e.g., game video) from a plurality of video streams (e.g., plurality of games) on a television display (e.g., display of the accused product).<br><br>As shown, the accused product is a Roku TV and supports using MLB application. The MLB app comprises Multiview feature that causes a television to display multiple games on a single display simultaneously.<br><br><br>https://jvcproducts.com/us/LT-70MAW795.html |

| | |
|---|---|
| *recorder (DVR), a set top box, or **any other video source.*** | Products in following pages are manufactured, distributed, serviced and warranted by Shenzhen MTC Co. Ltd. ("MTC"). "JVC" is the trademark of JVCKENWOOD Corporation, used by such company under license.<br><br>JVCKENWOOD Corporation has granted a license to MTC to utilize its "JVC" trademark to sell "JVC" brand TV and Home Audio products in the USA.<br>Therefore all matters concerning such products are the sole responsibility of MTC in the USA, and NOT the responsibility of JVCKENWOOD Corporation and any of its companies, including its US subsidiaries.<br><br>https://www.jvc.com/usa/esiproducts/<br><br>**KEY FEATURES**<br><br>• 70" screen (70" measured diagonally) with 16:9 aspect ratio<br><br>• 3840 x 2160 native resolution for Ultra-HD (4K) performance<br><br>• Smart TV: Roku TV<br><br>• Built-in Wireless<br><br>jvcproducts.com/us/products/70maw795/SPECSHEET.pdf<br><br>SPECIFICATIONS<br>Screen Aspect Ratio: 16:9<br>Resolution: 3840 (H) x 2160 (V)<br>Screen Refresh Rate: 60Hz<br>Contrast Ratio: 3000:1<br>Brightness: 330 cd/m²<br>Response Time: 8 ms<br>Viewing Angle: 160˚ X 150˚<br><br>Terminals<br><br>Analog & Digital TV Tuner: x1<br>Composite Video Input: x1<br>HDMI: x3<br><br>https:// |



https://jvcproducts.com/us/products/70maw795/SPECSHEET.pdf

# Roku Smart Features
# Stream free TV, live news
# sports, movies, and more.

https://jvcproducts.com/us/LT-70MAW795.html

**SAN JOSE, Calif. – May 13, 2024** – Roku (NASDAQ: ROKU) has secured the exclusive multi-year rights for Major League Baseball (MLB) *Sunday Leadoff* live games. Starting May 19, Roku will offer Sunday MLB games for free on The Roku Channel, plus an all-new MLB Zone to help baseball fans discover live and upcoming games, nightly recaps, highlights, a fully programmed MLB FAST channel, and more across the Roku platform. On most Sundays throughout the season, Roku will be the home for the first games of the day, with an exclusivity window during airtime as well.

There are numerous ways to access MLB *Sunday Leadoff* games on Roku for free. Details are available below and here. Additionally, paying subscribers of MLB.TV can watch all 18 matchups blackout free from anywhere in the world.

https://newsroom.roku.com/news/2024/05/roku-lands-exclusive-rights-to-major-league-baseball-sunday-leadoff/tetn-dag-1715620860

### Is MLB.TV on Roku devices?

Is your favorite team not local? Don't worry, MLB.TV has you covered! For $149.99 per year, you can watch every team's out-of-market games live or on demand. Blackout and other restrictions apply.

https://www.roku.com/blog/mlb-on-roku



https://channelstore.roku.com/details/d281bf597911a8730e5d0d8aecdf670b/mlb

https://channelstore.roku.com/details/d281bf597911a8730e5d0d8aecdf670b/mlb

### To link a subscription on Roku®

To watch MLB.TV games on Roku®, you must first be an MLB.TV free subscriber, MLB Yearly, Monthly, or Single Team subscriber. To purchase a subscription to MLB.TV, please click **here** or scroll to the top of this page.

Download the MLB App from the Roku® Channel Store.

If you have used the MLB App already, navigate to the top menu and select "Settings" on the far right.



https://www.mlb.com/live-stream-games/help-center/roku-get-started

6. In Dual view, two games play side-by-side.



https://www.mlb.com/live-stream-games/help-center/subscription-access-how-to-use-multi-view

7. In Thumbnail view, there is a large video on the left, and three smaller videos on the right. Audio will play from the largest video, on the left side.



https://www.mlb.com/live-stream-games/help-center/subscription-access-how-to-use-multi-view

8. In Quad view, four games play. Unlike Thumbnail view, all videos are the same size.



https://www.mlb.com/live-stream-games/help-center/subscription-access-how-to-use-multi-view

| | |
|---|---|
| inputting video data from the plurality of video streams to a frame controller; | The accused product discloses inputting video data (e.g., game video) from the plurality of video streams (e.g., plurality of games) to a frame controller (e.g., processor of the accused product).<br><br>As shown, the accused product is a Roku TV and supports using MLB application. The MLB app provides access to video content of different games which users selects and view on their television display using its processor (frame controller). |

# JVC · **Roku TV**

**70" 4K UHD HDR Roku Smart LED TV Select Series**

☆☆☆☆☆ (0)  Write a review



- 70" screen with 16:9 aspect ratio
- 3840 x 2160 native resolution for Ultra-HD (2160p) performance
- 3 HDMI® inputs for true digital connections
- Deep black and bright white with high contrast
- HDR10
- Smart Roku TV
- Simple, personalized home screen
- Stream free TV, live news, sports, movies and more.
- USB X 1 port for MediaPlayer and Live TV Pause
- Tons of free entertainment

| 70" | 65" | 58" | 55" | 50" | 43" |

https://jvcproducts.com/us/LT-70MAW795.html

## KEY FEATURES

- 70" screen (70" measured diagonally) with 16:9 aspect ratio

- 3840 x 2160 native resolution for Ultra-HD (4K) performance

- Smart TV: Roku TV

- Built-in Wireless

### SPECIFICATIONS

| | |
|---|---|
| Screen Aspect Ratio: | 16:9 |
| Resolution: | 3840 (H) x 2160 (V) |
| Screen Refresh Rate: | 60Hz |
| Contrast Ratio: | 3000:1 |
| Brightness: | 330 cd/m² |
| Response Time: | 8 ms |
| Viewing Angle | 160˚ X 150˚ |

**Terminals**

| | |
|---|---|
| Analog & Digital TV Tuner: | x1 |
| Composite Video Input: | x1 |
| HDMI: | x3 |

https://jvcproducts.com/us/products/70maw795/SPECSHEET.pdf



https://jvcproducts.com/us/products/70maw795/SPECSHEET.pdf

## What's a TV processor?

A TV processor controls all kinds of important functions of a TV, such as the smart functions and image enhancement. Large television brands develop their own intelligent processors to improve the image quality and make televisions more user-friendly. In this article, you can read what a processor is, what it does to improve your viewing experience, and what the best processors are at the moment.

https://www.coolblue.be/en/advice/what-is-a-tv-processor.html

1. To access Multiview, first launch a game from **https://www.mlb.com/live-stream-games/**.

2. Once a game has been launched, click "Games" above the game video. On the right of the calendar of games, you will see the 4 different viewing options. The viewing options are Single, Dual, Thumbnail and Quad.





https://www.mlb.com/live-stream-games/help-center/subscription-access-how-to-use-multi-view



4. To select additional games, click "Games" on the top right of the web player. Select the other game(s) from the calendar.



https://www.mlb.com/live-stream-games/help-center/subscription-access-how-to-use-multi-view

6. In Dual view, two games play side-by-side.



https://www.mlb.com/live-stream-games/help-center/subscription-access-how-to-use-multi-view

7. In Thumbnail view, there is a large video on the left, and three smaller videos on the right. Audio will play from the largest video, on the left side.



https://www.mlb.com/live-stream-games/help-center/subscription-access-how-to-use-multi-view

8. In Quad view, four games play. Unlike Thumbnail view, all videos are the same size.



https://www.mlb.com/live-stream-games/help-center/subscription-access-how-to-use-multi-view

| | |
|---|---|
| causing, by the frame controller, the video data from each of the plurality of video streams to be displayed in a separate frame on the television display, each frame occupying | The accused product discloses causing, by the frame controller (e.g., processor of the accused product), the video data (e.g., game video) from each of the plurality of video streams (e.g., plurality of games) to be displayed in a separate frame (e.g., separate window frame) on the television display, each frame (e.g., each window frame) occupying an area (e.g., area of the another window frame) of the television display separate from an area (e.g., area of the another window frame) occupied by any other frame (e.g., another window frame), and at least two of the frames being of different sizes (e.g., Thumbnail format has one large window frame and three small window |

| | |
|---|---|
| an area of the television display separate from an area occupied by any other frame, and at least two of the frames being of different sizes; | frames).<br><br>As shown, the accused product is a Roku TV and supports using MLB application. The MLB app comprises Multiview feature that supports three formats of window frames (frame) to watch video content – Dual, Thumbnail and Quad. Thumbnail format causes television display to create four window frames where each window frame plays different video content and does not overlap with another window frame. Thumbnail format has one large window frame and the remaining window frames equal in size are small.<br><br><br><br>https://jvcproducts.com/us/LT-70MAW795.html |

## KEY FEATURES

- 70" screen (70" measured diagonally) with 16:9 aspect ratio

- 3840 x 2160 native resolution for Ultra-HD (4K) performance

- Smart TV: Roku TV

- Built-in Wireless

### SPECIFICATIONS

| | |
|---|---|
| Screen Aspect Ratio: | 16:9 |
| Resolution: | 3840 (H) x 2160 (V) |
| Screen Refresh Rate: | 60Hz |
| Contrast Ratio: | 3000:1 |
| Brightness: | 330 cd/m² |
| Response Time: | 8 ms |
| Viewing Angle: | 160˚ X 150˚ |

**Terminals**

| | |
|---|---|
| Analog & Digital TV Tuner: | x1 |
| Composite Video Input: | x1 |
| HDMI: | x3 |

https://

jvcproducts.com/us/products/70maw795/SPECSHEET.pdf



**4K UHD Smart HDR TV Powered by Roku TV**

Select Series combines 4K HDR Picture quality and the most advanced Smart TV system ever. Roku TV built-in.

**Roku Features**

500,000+ Movies & TV Episodes* Search Across Live & Streaming Channels. Simple Home Screen

*Payment required for some channels and Content

https://jvcproducts.com/us/products/70maw795/SPECSHEET.pdf

## What's a TV processor?

A TV processor controls all kinds of important functions of a TV, such as the smart functions and image enhancement. Large television brands develop their own intelligent processors to improve the image quality and make televisions more user-friendly. In this article, you can read what a processor is, what it does to improve your viewing experience, and what the best processors are at the moment.

https://www.coolblue.be/en/advice/what-is-a-tv-processor.html

1. To access Multiview, first launch a game from **https://www.mlb.com/live-stream-games/**.

2. Once a game has been launched, click "Games" above the game video. On the right of the calendar of games, you will see the 4 different viewing options. The viewing options are Single, Dual, Thumbnail and Quad.





https://www.mlb.com/live-stream-games/help-center/subscription-access-how-to-use-multi-view



4. To select additional games, click "Games" on the top right of the web player. Select the other game(s) from the calendar.



https://www.mlb.com/live-stream-games/help-center/subscription-access-how-to-use-multi-view

6. In Dual view, two games play side-by-side.



https://www.mlb.com/live-stream-games/help-center/subscription-access-how-to-use-multi-view

7. In Thumbnail view, there is a large video on the left, and three smaller videos on the right. Audio will play from the largest video, on the left side.



https://www.mlb.com/live-stream-games/help-center/subscription-access-how-to-use-multi-view

7. In Thumbnail view, there is a large video on the left, and three smaller videos on the right. Audio will play from the largest video, on the left side.

**displaying the video data in a plurality of pictures on the display coupled to the television system, each picture occupying an area of the display separate from an area occupied by any other picture**



https://www.mlb.com/live-stream-games/help-center/subscription-access-how-to-use-multi-view

8. In Quad view, four games play. Unlike Thumbnail view, all videos are the same size.



https://www.mlb.com/live-stream-games/help-center/subscription-access-how-to-use-multi-view

| receiving, by the frame controller, a user selection of a channel group comprising a plurality of channels, each channel of the | The accused product discloses receiving, by the frame controller (e.g., processor of the accused product), a user selection (e.g., user selection to select group of games based on date) of a channel group (e.g., game group) comprising a plurality of channels (e.g., plurality of games), each channel (e.g., each game) of the channel group (e.g., game group) comprising at least one serially-available video stream sharing at least one common attribute (e.g., date). |

| channel group comprising at least one serially-available video stream sharing at least one common attribute; | The MLB app allows users to select group of games (video group) based on the date (attribute) from different sources. The user selects the games (channels) to be viewed in Thumbnail multiview from the selected group of games based on date.<br><br><br><br>https://www.mlb.com/live-stream-games/help-center/subscription-access-how-to-use-multi-view<br><br>4. To select additional games, click "Games" on the top right of the web player. Select the other game(s) from the calendar.<br><br><br><br>https://www.mlb.com/live-stream-games/help-center/subscription-access-how-to-use-multi-view |



https://www.mlb.com/live-stream-games/help-center/subscription-access-how-to-view

To view the schedule/game calendar, navigate to the Menu, then select the Games page. All available games by day are listed here.   **User selection**



https://www.mlb.com/live-stream-games/help-center/roku-viewing-navigation



2. Once a game has been launched, click "Games" above the game video. On the right of the calendar of games, you will see the 4 different viewing options. The viewing options are Single, Dual, Thumbnail and Quad.

https://www.mlb.com/live-stream-games/help-center/roku-viewing-navigation

| | |
|---|---|
| in response to the user selection, causing, by the frame controller, display of two or more channels of the channel group, each fully contained within one of the separate frames on the television display; | The accused product discloses in response to the user selection (e.g., in response to user selection to select group of games based on date), causing, by the frame controller (e.g., processor of the accused product), display of two or more channels (e.g., four games) of the channel group (e.g., game group), each fully contained within one of the separate frames (e.g., separate window frames) on the television display.

The MLB app receives game video content in response to user selection for the group of selected games based on date and display four games from different sources in the non-overlapping window frames of Thumbnail format in multiview. |



https://www.mlb.com/live-stream-games/help-center/subscription-access-how-to-use-multi-view

4. To select additional games, click "Games" on the top right of the web player. Select the other game(s) from the calendar.



https://www.mlb.com/live-stream-games/help-center/subscription-access-how-to-use-multi-view



https://www.mlb.com/live-stream-games/help-center/subscription-access-how-to-view

To view the schedule/game calendar, navigate to the Menu, then select the Games page. All available games by day are listed here. **User selection**



https://www.mlb.com/live-stream-games/help-center/roku-viewing-navigation



2. Once a game has been launched, click "Games" above the game video. On the right of the calendar of games, you will see the 4 different viewing options. The viewing options are Single, Dual, Thumbnail and Quad.



https://www.mlb.com/live-stream-games/help-center/roku-viewing-navigation

7. In Thumbnail view, there is a large video on the left, and three smaller videos on the right. Audio will play from the largest video, on the left side.



https://www.mlb.com/live-stream-games/help-center/subscription-access-how-to-use-multi-view

| | |
|---|---|
| | 7. In Thumbnail view, there is a large video on the left, and three smaller videos on the right. Audio will play from the largest video, on the left side.<br><br>**displaying the video data in a plurality of pictures on the display coupled to the television system, each picture occupying an area of the display separate from an area occupied by any other picture**<br><br><br><br>https://www.mlb.com/live-stream-games/help-center/subscription-access-how-to-use-multi-view |
| receiving, by the frame controller, a user instruction to change the display in a given frame on the television display to a given channel of the channel group, wherein the | The accused product discloses receiving, by the frame controller (e.g., processor of the accused product), a user instruction (e.g., user selection to change the game) to change the display (e.g., change the displayed game) in a given frame (e.g., selected window frame) on the television display to a given channel (e.g., new game) of the channel group (e.g., game group), wherein the given channel (e.g., new game) is not currently displayed on the television display.<br><br>The MLB app allows to change the game in the selected window frame when in |

| given channel is not currently displayed on the television display; and | multiview mode. The user simply selects the window and clicks the broadcast option to add a new game from the available games currently not being displayed to the selected window frame. |
|---|---|
| | 11. To change the broadcast of any game in Multiview, select the game window, then click "Broadcasts." |
| |  |
| | https://www.mlb.com/live-stream-games/help-center/subscription-access-how-to-use-multi-view |



4. To select additional games, click "Games" on the top right of the web player. Select the other game(s) from the calendar.



https://www.mlb.com/live-stream-games/help-center/subscription-access-how-to-use-multi-view

| in response to the user instruction, causing, by the frame controller, the display of the given channel in the given | The accused product discloses in response to the user instruction (e.g., in response to the user selection to change the game), causing, by the frame controller (e.g., processor of the accused product), the display of the given channel (e.g., new game) in the given frame (e.g., selected window frame). |
|---|---|

| | |
|---|---|
| frame. | The MLB app, in response to changing the game in the selected window frame, displays the user selected new game currently not being displayed in the selected window frame of multiview screen.<br><br>11. To change the broadcast of any game in Multiview, select the game window, then click "Broadcasts."<br><br><br><br>https://www.mlb.com/live-stream-games/help-center/subscription-access-how-to-use-multi-view |



4. To select additional games, click "Games" on the top right of the web player. Select the other game(s) from the calendar.



https://www.mlb.com/live-stream-games/help-center/subscription-access-how-to-use-multi-view



https://www.mlb.com/live-stream-games/help-center/subscription-access-how-to-use-multi-view