Exhibit 4

Charted claim:
Method claim:13

| US9247299B1 | JVC 70" 4K UHD HDR Roku Smart LED TV Select Series ("The Accused Product") |
|---|---|
| 13. A method for displaying video data from a plurality of video streams on a display, the method comprising: | The accused product practices a method for displaying video data (e.g., game video) from a plurality of video streams (e.g., multiple game streams) on a display (e.g., display of the accused product). As shown, the accused product is a Roku TV and supports using MLB application. The MLB app comprises Multiview feature that causes a television to display multiple games on a single display simultaneously.  https://jvcproducts.com/us/LT-70MAW795.html |

Products in following pages are manufactured, distributed, serviced and warranted by Shenzhen MTC Co. Ltd. ("MTC"
"JVC" is the trademark of JVCKENWOOD Corporation, used by such company under license.

JVCKENWOOD Corporation has granted a license to MTC to utilize its "JVC" trademark to sell "JVC" brand TV and Hom
in the USA.
Therefore all matters concerning such products are the sole responsibility of MTC in the USA, and NOT the responsibi
JVCKENWOOD Corporation and any of its companies, including its US subsidiaries.

https://www.jvc.com/usa/esiproducts/

## KEY FEATURES

- 70" screen (70" measured diagonally) with 16:9 aspect ratio

- 3840 x 2160 native resolution for Ultra-HD (4K) performance

- Smart TV: Roku TV

- Built-in Wireless

### SPECIFICATIONS

| | |
|---|---|
| Screen Aspect Ratio: | 16:9 |
| Resolution: | 3840 (H) x 2160 (V) |
| Screen Refresh Rate: | 60Hz |
| Contrast Ratio: | 3000:1 |
| Brightness: | 330 cd/m² |
| Response Time: | 8 ms |
| Viewing Angle: | 160° X 150° |

**Terminals**

| | |
|---|---|
| Analog & Digital TV Tuner: | x1 |
| Composite Video Input: | x1 |
| HDMI: | x3 |

https://jvcproducts.com/us/products/70maw795/SPECSHEET.pdf



https://jvcproducts.com/us/products/70maw795/SPECSHEET.pdf

https://jvcproducts.com/us/LT-70MAW795.html

**SAN JOSE, Calif. – May 13, 2024** – Roku (NASDAQ: ROKU) has secured the exclusive multi-year rights for Major League Baseball (MLB) *Sunday Leadoff* live games. Starting May 19, Roku will offer Sunday MLB games for free on The Roku Channel, plus an all-new MLB Zone to help baseball fans discover live and upcoming games, nightly recaps, highlights, a fully programmed MLB FAST channel, and more across the Roku platform. On most Sundays throughout the season, Roku will be the home for the first games of the day, with an exclusivity window during airtime as well.

There are numerous ways to access MLB *Sunday Leadoff* games on Roku for free. Details are available below and here. Additionally, paying subscribers of MLB.TV can watch all 18 matchups blackout free from anywhere in the world.

https://newsroom.roku.com/news/2024/05/roku-lands-exclusive-rights-to-major-league-baseball-sunday-leadoff/tetn-dag-1715620860

## Is MLB.TV on Roku devices?

Is your favorite team not local? Don't worry, MLB.TV has you covered! For $149.99 per year, you can watch every team's out-of-market games live or on demand. Blackout and other restrictions apply.

https://www.roku.com/blog/mlb-on-roku



https://channelstore.roku.com/details/
d281bf597911a8730e5d0d8aecdf670b/mlb

https://channelstore.roku.com/details/
d281bf597911a8730e5d0d8aecdf670b/mlb

**To link a subscription on Roku®**

To watch MLB.TV games on Roku®, you must first be an MLB.TV free subscriber, MLB Yearly, Monthly, or Single Team subscriber. To purchase a subscription to MLB.TV, please click **here** or scroll to the top of this page.

Download the MLB App from the Roku® Channel Store.

If you have used the MLB App already, navigate to the top menu and select "Settings" on the far right.



https://www.mlb.com/live-stream-games/help-center/roku-get-started

## Roku® | Viewing/Navigation

**To View Games on Roku®**

Once you've linked your registered MLB.TV account, your Roku® immediately brings you to your personalized home page. With the appropriate level of access,If there is a live game, it will automatically start playing in the background.

https://www.mlb.com/live-stream-games/help-center/roku-viewing-navigation

**System Requirements for the MLB.TV Media Player**

Operating Systems: Windows 10, Windows 11, Mac OS 12 (Monterey), OS 13 (Ventura), and OS 14 (Sonoma). For each operating system version, we recommend the latest update for that version be installed. We do not support out-of-date minor versions of any supported OS. Browser Versions: Microsoft Edge, Firefox, Chrome, Safari (We recommend most recent versions of each browser).

video data

Minimum Connection Speed: A 1.8 Mbps (1800 Kbps) for MLB.TV in SD or 3 Mbps (3000 Kbps) for MLB.TV in HD high speed broadband Internet connection is required. The MLB.TV Media Player supports HD quality streams adapted to your Internet connection. If you have a constant dedicated connection of 3 Mbps (3000 Kbps or above) you will receive our highest quality streams. If your bandwidth is between 1.8 and 3 Mbps (1800 Kbps and 3000 Kbps) you will receive lower quality streams. You can also adjust to your preferred bitrate manually in the media player.

https://www.mlb.com/live-stream-games/help-center/system-requirements

Scroll down on the home page to view additional MLB content.

plurality of video streams



https://www.mlb.com/live-stream-games/help-center/roku-viewing-navigation

After your game feed launches, press any directional (left, right, up, down) button on your Roku® remote to view playback options including play, pause, rewind, fast-forward, live and CC (for closed captioning). You can also change the feed source by selecting "Video Options".





https://www.mlb.com/live-stream-games/help-center/roku-viewing-navigation

6. In Dual view, two games play side-by-side.



https://www.mlb.com/live-stream-games/help-center/subscription-access-how-to-use-multi-view

7. In Thumbnail view, there is a large video on the left, and three smaller videos on the right. Audio will play from the largest video, on the left side.



https://www.mlb.com/live-stream-games/help-center/subscription-access-how-to-use-multi-view

8. In Quad view, four games play. Unlike Thumbnail view, all videos are the same size.



https://www.mlb.com/live-stream-games/help-center/subscription-access-how-to-use-multi-view

| receiving, by a frame controller of a television system, video data from the plurality of video streams; and<br><br>***Column 5: lines 8 -11, 15-17:*** | The accused product practices receiving, by a frame controller (e.g., processor of the accused product) of a television system (e.g., the accused product), video data (e.g., game video) from the plurality of video streams (e.g., multiple game streams).<br><br>As shown, the accused product is a Roku TV and supports using MLB application. The MLB app provides access to video content of different games which users select and view on their television display using its |

processor.

*Television set 100 is an electronic device that receives and displays images and sounds*. In one embodiment, *television set 100 receives images and sounds as video data or a video stream* from a television channel... Alternatively, **the video data may originate from a VCR, a DVD player, a digital video recorder (DVR), a set top box, or any other video source.**



https://jvcproducts.com/us/LT-70MAW795.html

# JVC • Roku TV

**70" 4K UHD HDR Roku Smart LED TV Select Series**

☆☆☆☆☆ (0)  Write a review

- 70" screen with 16:9 aspect ratio
- 3840 x 2160 native resolution for Ultra-HD (2160p) performance
- 3 HDMI® inputs for true digital connections
- Deep black and bright white with high contrast
- HDR10
- Smart Roku TV
- Simple, personalized home screen
- Stream free TV, live news, sports, movies and more.
- USB X 1 port for MediaPlayer and Live TV Pause
- Tons of free entertainment

| 70" | 65" | 58" | 55" | 50" | 43" |

## KEY FEATURES

- 70" screen (70" measured diagonally) with 16:9 aspect ratio

- 3840 x 2160 native resolution for Ultra-HD (4K) performance

- Smart TV: Roku TV

- Built-in Wireless

### SPECIFICATIONS

| | |
|---|---|
| Screen Aspect Ratio: | 16:9 |
| Resolution: | 3840 (H) x 2160 (V) |
| Screen Refresh Rate: | 60Hz |
| Contrast Ratio: | 3000:1 |
| Brightness: | 330 cd/m² |
| Response Time: | 8 ms |
| Viewing Angle: | 160˚ X 150˚ |

**Terminals**

| | |
|---|---|
| Analog & Digital TV Tuner: | x1 |
| Composite Video Input: | x1 |
| HDMI: | x3 |

https://jvcproducts.com/us/products/70maw795/SPECSHEET.pdf



https://jvcproducts.com/us/products/70maw795/SPECSHEET.pdf

## What's a TV processor?

A TV processor controls all kinds of important functions of a TV, such as the smart functions and image enhancement. Large television brands develop their own intelligent processors to improve the image quality and make televisions more user-friendly. In this article, you can read what a processor is, what it does to improve your viewing experience, and what the best processors are at the moment.

https://www.coolblue.be/en/advice/what-is-a-tv-processor.html

1. To access Multiview, first launch a game from **https://www.mlb.com/live-stream-games/**.
2. Once a game has been launched, click "Games" above the game video. On the right of the calendar of games, you will see the 4 different viewing options. The viewing options are Single, Dual, Thumbnail and Quad.





https://www.mlb.com/live-stream-games/help-center/subscription-access-how-to-use-multi-view



4. To select additional games, click "Games" on the top right of the web player. Select the other game(s) from the calendar.

https://www.mlb.com/live-stream-games/help-center/subscription-access-how-to-use-multi-view

6. In Dual view, two games play side-by-side.



[https://www.mlb.com/live-stream-games/help-center/subscription-access-how-to-use-multi-view](https://www.mlb.com/live-stream-games/help-center/subscription-access-how-to-use-multi-view)

7. In Thumbnail view, there is a large video on the left, and three smaller videos on the right. Audio will play from the largest video, on the left side.



https://www.mlb.com/live-stream-games/help-center/subscription-access-how-to-use-multi-view





https://www.mlb.com/live-stream-games/help-center/subscription-access-how-to-use-multi-view

| | |
|---|---|
| displaying, by the frame controller, the video data in a plurality of pictures on the display coupled to the television system, each picture occupying an area of the display separate from an area occupied by any other picture, the | The accused product practices displaying, by the frame controller (e.g., processor of the accused product), the video data in a plurality of pictures (e.g., video tiles, etc.) on the display (e.g., display of the accused product) coupled to the television system (e.g., the accused product), each picture (e.g., video tile, etc.) occupying an area of the display separate from an area occupied by any other picture (e.g., another video tile, etc.).<br><br>As shown, the accused product is a Roku TV and supports using MLB application. The MLB app's Multiview feature supports three formats of |

displaying comprising:

**_Col 5: lines 55 – 57:_**

_FIG. 1 a is a block diagram depicting a picture **124** and a frame controller **150**. **Picture 124 can be a larger picture 128 or smaller picture**_

**_Col 8: lines 37 – 40:_**

_Exemplary television set **400** displays a multipicture frame **420**, which includes multiple pictures **421**, **425**, and **428**. **In an embodiment of the invention, picture 428 is a major picture having a display size larger than the smaller pictures**_

window frames (frame) to watch video content – Dual, Thumbnail and Quad. Dual and Quad format displays 2 and 4 non-overlapping equal sized video frames on the television display. Thumbnail format causes television display to create four different window frames where each window frame plays different video content and does not overlap with another window frame.



**JVC • Roku TV**

**70" 4K UHD HDR Roku Smart LED TV Select Series**

★★★★★ (0)  Write a review

- 70" screen with 16:9 aspect ratio
- 3840 x 2160 native resolution for Ultra-HD (2160p) performance
- 3 HDMI® inputs for true digital connections
- Deep black and bright white with high contrast
- HDR10
- Smart Roku TV
- Simple, personalized home screen
- Stream free TV, live news, sports, movies and more.
- USB X 1 port for MediaPlayer and Live TV Pause
- Tons of free entertainment

70" | 65" | 58" | 55" | 50" | 43"

https://jvcproducts.com/us/LT-70MAW795.html

## KEY FEATURES

- 70" screen (70" measured diagonally) with 16:9 aspect ratio

- 3840 x 2160 native resolution for Ultra-HD (4K) performance

- Smart TV: Roku TV

- Built-in Wireless

### SPECIFICATIONS

| | |
|---|---|
| Screen Aspect Ratio: | 16:9 |
| Resolution: | 3840 (H) x 2160 (V) |
| Screen Refresh Rate: | 60Hz |
| Contrast Ratio: | 3000:1 |
| Brightness: | 330 cd/m² |
| Response Time: | 8 ms |
| Viewing Angle: | 160˚ X 150˚ |

**Terminals**

| | |
|---|---|
| Analog & Digital TV Tuner: | x1 |
| Composite Video Input: | x1 |
| HDMI: | x3 |

https://jvcproducts.com/us/products/70maw795/SPECSHEET.pdf



**4K UHD Smart HDR TV Powered by Roku TV**

Select Series combines 4K HDR Picture quality and the most advanced Smart TV system ever. Roku TV built-in.

**Roku Features**

500,000+ Movies & TV Episodes* Search Across Live &  Streaming Channels. Simple Home Screen

*Payment required for some channels and Content

https://jvcproducts.com/us/products/70maw795/SPECSHEET.pdf

## What's a TV processor?

A TV processor controls all kinds of important functions of a TV, such as the smart functions and image enhancement. Large television brands develop their own intelligent processors to improve the image quality and make televisions more user-friendly. In this article, you can read what a processor is, what it does to improve your viewing experience, and what the best processors are at the moment.

https://www.coolblue.be/en/advice/what-is-a-tv-processor.html

1. To access Multiview, first launch a game from **https://www.mlb.com/live-stream-games**/.

2. Once a game has been launched, click "Games" above the game video. On the right of the calendar of games, you will see the 4 different viewing options. The viewing options are Single, Dual, Thumbnail and Quad.





https://www.mlb.com/live-stream-games/help-center/subscription-access-how-to-use-multi-view



4. To select additional games, click "Games" on the top right of the web player. Select the other game(s) from the calendar.

https://www.mlb.com/live-stream-games/help-center/subscription-access-how-to-use-multi-view

6. In Dual view, two games play side-by-side.



https://www.mlb.com/live-stream-games/help-center/subscription-access-how-to-use-multi-view

7. In Thumbnail view, there is a large video on the left, and three smaller videos on the right. Audio will play from the largest video, on the left side.

displaying the video data in a plurality of pictures on the display coupled to the television system, each picture occupying an area of the display separate from an area occupied by any other picture



https://www.mlb.com/live-stream-games/help-center/subscription-access-how-to-use-multi-view

| | |
|---|---|
| | 8. In Quad view, four games play. Unlike Thumbnail view, all videos are the same size.<br><br><br><br>https://www.mlb.com/live-stream-games/help-center/subscription-access-how-to-use-multi-view |
| receiving a first user selection to display a video group related to an attribute, the video group comprising at least a first video stream and a second video stream of the plurality of video streams; | The accused product discloses displaying comprising receiving a first user selection (e.g., user selection to select a group of games based on date) to display a video group (e.g., a group of games on a selected date, etc.) related to an attribute (e.g., a date, etc.), the video group (e.g., a group of games on a selected date, etc.) comprising at least a first video stream (e.g., first game) and a second video stream (e.g., second game) of the plurality of video streams (e.g., multiple game streams).<br><br>As shown, the accused product is a Roku TV and supports using MLB application. The MLB app allows users to select a group of games (video group) based on the date (attribute). The user selects the games |

(channels) to be viewed in Multiview from the selected group of games based on date.



https://www.mlb.com/live-stream-games/help-center/subscription-access-how-to-use-multi-view

4. To select additional games, click "Games" on the top right of the web player. Select the other game(s) from the calendar.



https://www.mlb.com/live-stream-games/help-center/subscription-access-how-to-use-multi-view



**How to View**

**Viewing Navigation and Features**

1. From the MLB.com **Media Center** menu select a game to view. Navigate to dates by clicking the date header and using the pop-up calendar.

2. After selecting a date from the calendar, scroll through the page to view all available games from the selected date.

https://www.mlb.com/live-stream-games/help-center/subscription-access-how-to-view

To view the schedule/game calendar, navigate to the Menu, then select the Games page. All available games by day are listed here.



https://www.mlb.com/live-stream-games/help-center/roku-viewing-navigation



2. Once a game has been launched, click "Games" above the game video. On the right of the calendar of games, you will see the 4 different viewing options. The viewing options are Single, Dual, Thumbnail and Quad.

https://www.mlb.com/live-stream-games/help-center/roku-viewing-navigation

| receiving the first and the second video streams of the video group; | The accused product discloses receiving the first and the second video streams (e.g., first and second game streams, etc.) of the video group (e.g., a group of games on a selected date, etc.).<br><br>As shown, the accused product is a Roku TV and supports using MLB application. The MLB app allows users to select a group of games (video group) based on the date (attribute). The user selects the games to be viewed in Multiview from the selected group of games based on date. The user selected game streams are received and displayed by the display of the accused product. |
|---|---|



https://www.mlb.com/live-stream-games/help-center/subscription-access-how-to-use-multi-view

4. To select additional games, click "Games" on the top right of the web player. Select the other game(s) from the calendar.

https://www.mlb.com/live-stream-games/help-center/subscription-access-how-to-use-multi-view



[https://www.mlb.com/live-stream-games/help-center/subscription-access-how-to-view](https://www.mlb.com/live-stream-games/help-center/subscription-access-how-to-view)

To view the schedule/game calendar, navigate to the Menu, then select the Games page. All available games by day are listed here.



https://www.mlb.com/live-stream-games/help-center/roku-viewing-navigation

2. Once a game has been launched, click "Games" above the game video. On the right of the calendar of games, you will see the 4 different viewing options. The viewing options are Single, Dual, Thumbnail and Quad.



https://www.mlb.com/live-stream-games/help-center/roku-viewing-navigation

| | |
|---|---|
| | 7. In Thumbnail view, there is a large video on the left, and three smaller videos on the right. Audio will play from the largest video, on the left side.<br><br><br><br>https://www.mlb.com/live-stream-games/help-center/subscription-access-how-to-use-multi-view |
| displaying the first and the second video streams in a first picture and a second picture of the plurality of pictures; | The accused product discloses displaying the first and the second video streams (e.g., first and second user selected games, etc.) in a first picture (e.g., a first video tile) and a second picture (e.g., a second video tile) of the plurality of pictures (e.g., plurality of video tiles).<br><br>The MLB app displays four games from the group of selected games based on date in the non-overlapping window frames. |

| | |
|---|---|
| | 7. In Thumbnail view, there is a large video on the left, and three smaller videos on the right. Audio will play from the largest video, on the left side.<br><br>**displaying the video data in a plurality of pictures on the display coupled to the television system, each picture occupying an area of the display separate from an area occupied by any other picture**<br><br><br><br>https://www.mlb.com/live-stream-games/help-center/subscription-access-how-to-use-multi-view |
| receiving a second user selection to change the display in a given picture of the plurality of pictures to a given video stream of the video group, wherein the given video stream is not currently displayed on the display; and | The accused product discloses receiving a second user selection (e.g., user selection to change the game and select a new game from the broadcast list, etc.) to change the display (e.g., change the displayed game) in a given picture (e.g., selected video tile) of the plurality of pictures (e.g., plurality of video tiles) to a given video stream (e.g., a user selected new game) of the video group (e.g., game group), wherein the given video stream (e.g., a user selected new game) is not currently displayed on the display.<br><br>The MLB app allows to change the game in the selected window frame when in multiview mode. The user simply selects the window and clicks |

the broadcast option to add a new game from the available games currently not being displayed to the selected window frame.

11. To change the broadcast of any game in Multiview, select the game window, then click "Broadcasts."



https://www.mlb.com/live-stream-games/help-center/subscription-access-how-to-use-multi-view



4. To select additional games, click "Games" on the top right of the web player. Select the other game(s) from the calendar.

https://www.mlb.com/live-stream-games/help-center/subscription-access-how-to-use-multi-view

| | |
|---|---|
| displaying the given video stream in the given picture. | The accused product discloses displaying the given video stream (e.g., user selected new game) in the given picture (e.g., selected video tile).<br><br>The MLB app, in response to changing the game in the selected window frame, displays the user selected new game currently not being displayed in the selected window frame of multiview screen. |

11. To change the broadcast of any game in Multiview, select the game window, then click "Broadcasts."



https://www.mlb.com/live-stream-games/help-center/subscription-access-how-to-use-multi-view



4. To select additional games, click "Games" on the top right of the web player. Select the other game(s) from the calendar.

https://www.mlb.com/live-stream-games/help-center/subscription-access-how-to-use-multi-view



https://www.mlb.com/live-stream-games/help-center/subscription-access-how-to-use-multi-view